Daniel Harshman (SBN 177139)
dharshman@cozen.com
COZEN O'CONNOR
601 South Figueroa Street, Suite 3700
Los Angeles, CA 90017
Telephone: 213-892-7900
Facsimile: 213-892-7999

Attorneys for Plaintiffs/Movants

FILED
CLERK, U.S. DISTRICT COURT
DEC - 7 2010
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IT'S MY PARTY, INC.<br>6112 Lenox Road<br>Bethesda, MD 20817<br><br>and<br><br>IT'S MY AMPITHEATRE, INC.<br>d/b/a/ Merriweather Post Pavilion<br>10475 Little Patuxent Parkway<br>Columbia, MD 21044<br><br>      Plaintiffs,<br><br>  vs.<br><br>THE AGENCY GROUP, LTD.<br>1880 Century Park East, Suite 711<br>Los Angeles, CA 90067<br><br>      Defendant. | Case No.: CV10-9390 PA (Ex)<br><br>**MOTION TO COMPEL THIRD-PARTY THE AGENCY GROUP, LTD. TO RESPOND TO PLAINTIFFS' SUBPOENA REQUESTING PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 & 37**<br><br>[Filed and Served Concurrently with the Memorandum in Support of Motion to Compel, and the Declaration of Rachel Robbins]<br><br>Hearing Date: 01/24/11<br>Time: 1:30 PM<br>Place: Courtroom 15 |

For reasons set forth herein, Plaintiffs/Movants IT'S MY PARTY, INC. and IT'S MY AMPHITHEATRE, INC. file this Motion to Compel Third Party THE AGENCY GROUP, LTD. to comply with and respond to a Rule 45 subpoena *duces tecum* issued in this district for an action pending in the U.S. District Court for the District of Maryland. This Motion is filed with this Court in accordance with Federal Rule of Civil Procedure 37 which provides that a motion for an order compelling

1
MOTION TO COMPEL THIRD-PARTY THE AGENCY GROUP, LTD. TO RESPOND TO PLAINTIFFS'
SUBPOENA REQUESTING PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 AND 37

discovery from a non-party "must be made in the court where the discovery is or will be taken." Pursuant to Rules 45 and 37(a) and Local Rule 37-2.1 and 45-1, Plaintiffs/Movants seek and Order compelling Third Party The Agency Group, Ltd. ("TAG") to comply with the Federal Rule of Civil Procedure 45 subpoena *duces tecum* that Movants served upon TAG on November 23, 2009 ("Subpoena"). The Subpoena seeks documents from TAG which are critical to the claims asserted by Movants in the underlying antitrust litigation captioned *It's My Party, Inc. et al v. Live Nation, Inc,*., Case No. 1:09-cv-00547-JFM, pending in the United States District Court for the District of Maryland.

Pursuant to Local Rule 37-2.4, this Motion is accompanied by a declaration from counsel establishing that opposing counsel failed to confer as required by Local Rule 37-1.

Pursuant to Local Rule 37-2.1, copies of the Court's Order establishing the initial case schedule in the action pending in the United States District Court for the District of Maryland, Northern Division, between Movants and Live Nation, Inc. as well as copies of all amendments thereto are attached to the Declaration of Rachel Robbins in Support of Plaintiffs' Motion to Compel, at Exhibits D, E and F, respectively.

Movants respectfully request a hearing on their Motion.

Respectfully submitted,

COZEN O'CONNOR

Dated: December 7, 2010

By: _____
DANIEL D. HARSHMAN
Attorneys for Plaintiff/Movants

MOTION TO COMPEL THIRD-PARTY THE AGENCY GROUP, LTD. TO RESPOND TO PLAINTIFFS' SUBPOENA REQUESTING PRODUCTION OF DOCUMENTS PURSUANT TO FRCP 45 AND 37